

PO Box 30924
Salt Lake City, UT 84130-0924

Account ending in: ▓
April 19, 2021

Dear Andrew Perrong,

The deposit you made was returned unpaid, and we have debited the deposit amount from your Account referenced above.

| Date of Deposit | Deposit Amount | Return Reason |
|---|---|---|
| April 19, 2021 | ▓ | UTLA Unable to Locate Account |

**Note:** Returned deposits to your Account may result in delayed delivery and/or availability of your future funds transfers.

If you have any questions, please call us at 1-800-347-7000 (TDD 1-800-347-7454). Our 100% U.S.-based customer service team is available 24 hours a day, 7 days a week.

Thank you for choosing Discover.

Sincerely,

Discover Bank Customer Service

Discover Bank, Member FDIC

DBP ▓

Page 1 of 1

PO Box 30924
Salt Lake City, UT 84130-0924

ANDREW PERRONG
1657 The Fairway # 131
Jenkintown, PA 19046-1423

EXHIBIT A