IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG<br><br>Plaintiff<br><br>vs.<br><br>BUILDING OPPORTUNITIES LLC ET AL<br><br>Defendants. | Case No. 2:20-cv-06138<br><br>JURY TRIAL DEMANDED |

### NOTICE OF PAYMENT

On April 26, 2021, pursuant to Local Rule 41.1(b), Plaintiff Andrew Perrong motioned this Court to vacate its order of February 18, 2021 dismissing this action without prejudice under Local Rule 41.1(b) because Defendants breached their settlement payment obligations. (*See* ECF No. 15.)

Since that time, Defendants have paid the settlement payment which bounced and Plaintiff has confirmed the same. Accordingly, the Plaintiff respectfully requests that the court deny the motion as moot and proceed to dismiss the case with prejudice.

Dated: **May 1, 2021**

_____/s/_____

Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2021, I electronically transmitted the foregoing to all counsel of record via the electronic filing system.

By: /s/_____
Andrew Perrong